[No. 38358-6-II.   Division Two.   January 12, 2010.]

TES LIQUIDATING, INC., *Respondent*, v. MARK E. SMITH ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-05176-1, Susan Serko, J., entered September 12, 2008. *Reversed* by unpublished opinion per Hunt, J., concurred in by Houghton and Bridgewater, JJ.

[No. 38564-3-II.   Division Two.   January 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. HOANG X. NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-1-01418-9, Richard D. Hicks, J., entered November 14, 2008. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, A.C.J., and Bridgewater, J.

[No. 38567-8-II.   Division Two.   January 12, 2010.]

*In the Matter of the Marriage of* AMBER HEATH, *Appellant*, and MICHELLE HEATH, *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 07-3-00199-6, Toni A. Sheldon, J., entered October 15, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Quinn-Brintnall, J.

[No. 38599-6-II.   Division Two.   January 12, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD CARL HOWARD II, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-02055-1, Kitty-Ann van Doorninck, J., entered November 14, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Van Deren, C.J., concurred in by Houghton and Quinn-Brintnall, JJ.